**Dismissed and Memorandum Opinion filed April 16, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00721-CV

**AMAZING AUTO SALES, Appellant**

**V.**

**GABRIEL E. AJAEBU, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1048931**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed September 2, 2014. The clerk's record was filed September 15, 2014. On September 30, 2014, this court referred the case to mediation. On January 6, 2015, the mediator filed a report notifying this court that the case did not settle. In addition, the official court reporter notified this court that appellant had not made payment arrangements for preparation of the reporter's record. On January 6, 2015, this court ordered appellant to make payment arrangements for preparation of the reporter's record and provide this

court with proof of payment by January 21, 2015, or this court would consider the appeal without the benefit of a reporter's record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response. The official court reporter again confirmed that appellant had not paid for preparation of the reporter's record.

On March 3, 2015, this court issued an order stating that unless appellant filed a brief on or before April 2, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.